1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney
   Social Security Administration
5
          333 Market Street, Suite 1500
6         San Francisco, California  94105
          Telephone:  (415) 977-8975
7         Facsimile:  (415) 744-0134
          E-Mail:Brenda.Pullin@ssa.gov
8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12

13 CARMEN PERES VASQUEZ,         )
                                 )
14      Plaintiff,                )    CIVIL NO. 1:10-CV-01231-SKO
                                 )
15      v.                        )    STIPULATION AND ORDER FOR
                                 )    EXTENSION OF TIME
16 MICHAEL J. ASTRUE,             )
   Commissioner of Social Security, )
17                               )
        Defendant.                )
18 _____)

19

20

21

22      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

23 of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to

24 Plaintiff's motion opening brief, to allow for Defendant's further review of the case in light of the

25 arguments for remand presented in Plaintiff's brief.  Defendant's current deadline is May 23, 2011, and

26 the new deadline will be June 22, 2011.  The Court's Scheduling Order shall be modified accordingly.

27

28

Respectfully submitted,

Dated: May 12, 2011

*/s/ Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

Dated: May 12, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   May 13, 2011**                    /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE