1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11   CARMEN PERES VASQUEZ,    ) Case No.: 1:10-cv-01231-SKO
             )
12      Plaintiff,    ) **ORDER TO SHOW CAUSE OR FILE**
             ) **RESPONSIVE BRIEF**
13  v.         )
             )
14   MICHAEL J. ASTRUE,     )
Commissioner of Social Security,  )
15             )
16      Defendant.   )
             )
17   _____)

18

19    On May 13, 2011, the parties filed a stipulated request that the Commissioner be granted an

20   extension of time to file a responsive brief until June 22, 2011.  (Doc. 13.)  This stipulated request

21   was granted by the Court.  (Doc. 14.)  The Commissioner has failed to file a brief within the

22   extended time.

23    Accordingly, within five (5) days of the date of this Order, the Commissioner is ordered to:

24   (1) SHOW CAUSE why a timely responsive brief was not filed, or (2) file a responsive brief.

25

26   IT IS SO ORDERED.

27   **Dated:  June 23, 2011**     **/s/ Sheila K. Oberto**
             UNITED STATES MAGISTRATE JUDGE

28